

**FILED**
MAY 10 2017

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| JERRY SOHOLT and DEB SOHOLT, | * * * | CIV 17-4025 |
| Plaintiffs, | * * | |
| vs. | * * | JUDGMENT OF DISMISSAL |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | * * * | |
| Defendant. | * * | |

*******************************************************************

Based upon the Stipulation for Dismissal, Doc. 10, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiffs' Complaint and causes of action are hereby dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 9th day of May, 2017.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Summer Wahy___
Deputy